

1  Frank Frisenda  (State Bar No. 85580)
   FRISENDA, QUINTON & NICHOLSON
2  11601 Wilshire Boulevard, Suite 500
   Los Angeles, California  90025
3  Tel.: (702) 792-3910
   Fax:  (702) 436-4176
4  E-Mail:  frankfrisenda@aol.com
   Attorney for Plaintiff
5  EVER WIN INTERNATIONAL CORPORATION

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10  EVER WIN INTERNATIONAL                    )   Case No.:
    CORPORATION, a California corporation,    )
11                                            )
                                              )   **CV11-09846 GW (RZx)**
12                                            )
                  Plaintiff,                  )
13                                            )   COMPLAINT FOR PATENT
                                              )   INFRINGEMENT
14                                            )
             vs.                              )
15                                            )   JURY TRIAL DEMANDED
                                              )
16  TARGET CORPORATION, a Minnesota           )
17  corporation; TARGET BRANDS, INC., a       )
    Minnesota Corporation; and DOES 1 thru 10,)
18  inclusive,                                )
                                              )
19               Defendants.                  )
                                              )
20                                            )

21

22

23

24

25     Plaintiff, EVER WIN INTERNATIONAL CORPORATION (hereinafter "Plaintiff" or

26  "Ever Win") complains of Defendants Target Corporation and Target Brands, Inc.

27  (hereinafter referred to collectively as "the Target Defendants") and alleges as follows:

28

                                        1

## PARTIES

1.  Plaintiff, Ever Win International Corporation ("Ever Win") is a California corporation having a principal place of business at 17579 Railroad Street, City of Industry, California, 91748.

2.  Upon information and belief, Defendant Target Corporation, is and at all relevant times mentioned herein was, a corporation organized and existing under the laws of the State of Minnesota, with its principal place of business at 1000 Nicollet Mall, Minneapolis, Minnesota 55403. Target Corporation may be served with process by serving its registered agent, CT Corporation Systems, 818 w. Seventh Street, Los Angeles, California 90017.

3.  Upon information and belief, Defendant Target Brands, Inc., is and at all relevant times mentioned herein was, a corporation organized and existing under the laws of the State of Minnesota, with its principal place of business at 1000 Nicollet Mall, Minneapolis, Minnesota 55403. Target Brands, Inc. may be served with process by serving its registered agent, CT Corporation Systems, 818 w. Seventh Street, Los Angeles, California 90017.

4.  On information and belief, the Target Defendants have for many years engaged in substantial business activities in California and continues to engage in such activities by, among other things, designing, manufacturing, promoting and selling its goods, including the accused products and services to customers located in California.

5.  The true names and capacities, whether individual, corporate or otherwise, of the defendants named herein as DOES 1 through 10 are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will seek to amend this Complaint to allege the true names and capacities of said Defendants when they have ascertained such information. Plaintiff is informed and believes that each of the Defendants named herein as DOES 1 through 10 has participated in some or all of the acts or conduct alleged in this Complaint and is liable to Plaintiff by reasons thereof.

6.  On October 26, 2010, U.S. Design Patent No. D626,072 S  ("the '072 patent") was duly and legally issued to Joseph Shien Tang Tseng and Joseph B. Sainton, for an invention entitled "Dual USB Active Cigarette Lighter Adapter Plug with Capture." The patent has since been assigned to Ever Win  International Corporation. (Appended hereto as Exhibit "1" is a true and correct copy of U.S. Design Patent D626,072 S).

2

17. On information and belief, the Target Defendants' infringement has been willful. The Target Defendants have had actual and/or constructive notice of the existence of Ever Win's patent rights and continued in their sale of the CLA.

18. On information and belief, Ever Win expects that future evidentiary support for these infringement allegations will be shown upon further examination and after a reasonable opportunity for further investigation and discovery.

19. Ever Win has been, and will continue to be, irreparably harmed by the Target Defendants' infringing conduct unless the Target Defendants are enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this Honorable Court grant the following relief:

1.   Adjudge that the Target Defendants have infringed the '072 patent;

2.   Enter a preliminary and permanent injunction to enjoin the Target Defendants from infringing the '072 patent pursuant to 35 U.S.C. § 283;

3.   Award Ever Win damages against the Target Defendants adequate to compensate Ever Win for the infringement of the '072 patent pursuant to 35 U.S.C. § 284;

4.   Find that the Target Defendants' infringement is deliberate and willful, and that the damages awarded to Ever Win be trebled pursuant to 35 U.S.C. § 284;

5.   Award Ever Win the Target Defendant's profits for infringement of Plaintiff's Design Patent pursuant to 35 U.S.C. § 289;

6.   Award Ever Win reasonable attorney fees in accordance with 35 U.S.C. § 285;

7.   Award Ever Win interest and costs; and

8.   Award Ever Win such other relief as is just.

FRISENDA, QUINTON & NICHOLSON

Dated:   November 28, 2011          By:
FRANK FRISENDA, JR.
Attorneys for Plaintiff
EVER WIN INTERNATIONAL CORPORATION

4

(12) **United States Design Patent**       (10) Patent No.:       **US D626,072 S**

Tseng et al.                               (45) Date of Patent:   ** Oct. 26, 2010

---

(54) **DUAL USB ACTIVE CIGARETTE LIGHTER ADAPTER PLUG WITH CAPTURE**

(75) Inventors: **Joseph Shien Tang Tseng**, Diamond Bar, CA (US); **Joseph B. Sainton**, Dongguan (CN)

(73) Assignee: **Ever Win International Corporation**, City of Industry, CA (US)

(**) Term:  **14 Years**

(21) Appl. No.: **29/349,241**

(22) Filed:  **Mar. 18, 2010**

(51) **LOC (9) Cl.** .................................................. **13-03**

(52) **U.S. Cl.** .................................................... **D13/144**

(58) **Field of Classification Search** ............... D13/107, D13/118, 119, 120, 133, 144, 154, 184; D14/155; 320/65, 107, 108, 109; 363/13, 146; 439/300, 439/620, 638, 668, 669, 675, 825

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D392,617 S | * | 3/1998 | Yokozawa | D13/144 |
| D400,176 S | * | 10/1998 | Jones | D13/144 |
| D403,663 S | * | 1/1999 | Jones et al. | D13/144 |
| D442,543 S | * | 5/2001 | Krumenacker et al. | D13/107 |
| D463,369 S | * | 9/2002 | Eisenbraun | D13/144 |
| D490,058 S | * | 5/2004 | Mkhitarian | D13/144 |
| D505,389 S | * | 5/2005 | Chang | D13/107 |
| D506,455 S | * | 6/2005 | Bey et al. | D14/155 |
| D525,937 S | * | 8/2006 | Seil et al. | D13/144 |
| D525,938 S | * | 8/2006 | Seil et al. | D13/144 |
| D604,699 S | * | 11/2009 | Yamamoto | D13/144 |

* cited by examiner

*Primary Examiner*—Daniel D Bui
(74) *Attorney, Agent, or Firm*—Joe Nieh

(57)   **CLAIM**

The ornamental design for a dual USB active cigarette lighter adapter plug with capture, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a dual USB active cigarette lighter adapter plug with capture showing our new design;

FIG. 2 is another perspective thereof;

FIG. 3 is a top view thereof on a reduced scale;

FIG. 4 is a front view thereof;

FIG. 5 is a bottom view thereof;

FIG. 6 is a left side view thereof;

FIG. 7 is a right side view thereof; and,

FIG. 8 is a rear view thereof.

The broken line showing the drawings is included for the purpose of illustrating environmental structure and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**




EXHIBIT 1



Fig. 1



Fig. 2



Fig. 3

9



Fig. 4

**U.S. Patent**          **Oct. 26, 2010**          **Sheet 5 of 8**          **US D626,072 S**



Fig. 5

//



Fig. 6

12



Fig. 7

13

**U.S. Patent**     Oct. 26, 2010     **Sheet 8 of 8**     **US D626,072 S**



Fig. 8

14



EXHIBIT 2



EXHIBIT 3

17

# Just
# Wireless®

**Fits:**

**Motorola®**

**Samsung®**

**LG®**

**Blackberry®**

**Sony Ericsson®**

**Apple®**

**Palm®**

**Nokia®**

**Nextel®**

**Sanyo®**

**Kyocera®**

**HTC®**



- **Charges 2** mobile phone, MP3, camera and Bluetooth® headset devices simultaneously.

**Lifetime Warranty**

# DualUSBCarPhoneCharger

*18*

SKU 04062

COPY

Name & Address:
Frank Frisenda (State Bar No. 85510)
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Tele: 702/792-3910

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER WIN INTERNATIONAL CORPORATION, a California corporation, <br><br> PLAINTIFF(S) <br> v. <br><br> TARGET CORPORATION, a Minnesota corporation; TARGET BRANDS, INC., a Minnesota corporation; and DOES 1 thru 10, inclusive <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11-09846 WN(RZx) <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S): TARGET CORPORATION and TARGET BRANDS, INC.,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Frank Frisenda _____, whose address is 11601 Wilshire Blvd., Suite 500, Los Angeles, California 90025 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV 29 2011

Dated: _____

Clerk, U.S. District Court

JULIE PRADO

SEAL

By: _____
            Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                      **SUMMONS**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>EVER WIN INTERNATIONAL CORPORATION, a California corporation | **DEFENDANTS**<br>TARGET CORPORATION, a Minnesota corporation; TARGET BRANDS, INC., a Minnesota corporation; and DOES 1 thru 10, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Frank Frisenda, QUINTON & NICHOLSON, 11601 Wilshire Blvd., Ste. 500, Los Angeles, CA 90025  Tele: 310 2792-3910 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 USL 271(a)  Patent infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | | | |
|---|---|---|---|---|
| ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Act<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Info. Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise<br><br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Fed. Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury-Med Malpractice<br>☐ 365 Personal Injury-Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus-Alien Detainee<br>☐ 465 Other Immigration Actions | ☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br><br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 445 American with Disabilities - Employment<br>☐ 446 American with Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus/Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety /Health<br>☐ 690 Other<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br><br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark<br><br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number:    CV11 - 09846

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒No  ☐ Yes
If yes, list case number(s): _____

VIII(b).  RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐No  ☒Yes
If yes, list case number(s): _____ *11 - CV - 09567 GHK (JEM)*

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☒A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　☒B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　☒C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　☐D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐　Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐　Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____　Date November 28, 2011

- Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV11- 9846 GW (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.